IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE WINGO, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:09-CV-2310-N |
| | § | |
| LIEUTENANT WARNOCK, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed and Plaintiff has not paid the $350.00 filing fee as previously ordered by the court. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, VACATES the December 10, 2009 order (Docket #3), and DENIES Plaintiff's motion to proceed *in forma pauperis* (Docket #2) pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

Signed March 1, 2010.

_____
UNITED STATES DISTRICT JUDGE
DAVID C. GODBEY